IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHAMMYANE NETTLES, et al.,    )
                              )
      Plaintiffs,             )
                              )        CIVIL ACTION NO.
      v.                      )          2:17cv817-MHT
                              )              (WO)
NANCY T. BUCKNER, as          )
Director, Alabama             )
Department of Human           )
Resources,                    )
                              )
      Defendant.              )

## JUDGMENT

Pursuant to the joint stipulation of dismissal
(doc. no. 29) and the representations of the parties
made on the record on September 6, 2018, it is the
ORDER, JUDGMENT, and DECREE of the court that this
cause is dismissed in its entirety with prejudice and
with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment
pursuant to Rule 58 of the Federal Rules of Civil
Procedure.

This case is closed.

DONE, this the 7th day of September, 2018.

                       /s/ Myron H. Thompson    
                     UNITED STATES DISTRICT JUDGE